RECEIVED
SDNY DOCKET UNIT
2018 AUG 15 AM 8:56

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL WILLIAMS

_Write the full name of each plaintiff._

No. 18 CV 7432
(To be filled out by Clerk's Office)

-against-

P.O. ANDREW DESTELHURST #18304

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

_Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV._

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

[x] Violation of my federal constitutional rights

[x] Other: CAUSED PHYSICAL INJURY (BACK, ELBOW, SHOULDER

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

DARRYL  —  D  —  WILLIAMS
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

241-18-02295
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

V.C.B.C.
Current Place of Detention

1 HALLECK ST
Institutional Address

Bronx  —  NY  —  10472
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

[x] Pretrial detainee
[ ] Civilly committed detainee
[ ] Immigration detainee
[ ] Convicted and sentenced prisoner
[ ] Other:

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

First Name: ANDREW
Last Name: DESTELHORST
Shield #: 18304
Current Job Title (or other identifying information): POLICE OFFICER
Current Work Address: 4111 LACONIA AVE (47TH PCT)
County, City: BRONX
State: NY
Zip Code:

**Defendant 2:**

First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

**Defendant 3:**

First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

**Defendant 4:**

First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: E 216 ST WHITE PLAINS, & 4111 LACONIA AVE (47TH PCT)

Date(s) of occurrence: MAY 18, 2018

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On May 18, 2018 While Driving my Car I was Stopped By P.O. Distelhurst #18304 For "Driving With A Defective Brake Light." I Was Given A Traffic Violation Summons For Said Offense. After Recieving The Traffic Violation I Was Supposed To Be Able To Drive Away And Answer To The Summons On Said Date But I Wasn't Allowed To Leave. Officer Distelhurst Ordered Me Out of My Car And Started To Search My Car. At That Moment My 4TH Amendment (Protection from Unreasonable Searches And Seizures) As Well As My 5th Amendment (Right To Protect Life, Liberty And Property) Was Violated. After The Search Of My Entire Car As Well As My Person. The Officer Found A Bag Containing A Fire Arm In My Locked Trunk. I Was Arrested During The Arrest My Arms Were Forced Behind My Back Until My Elbow As Well As My Right Shoulder Cracked. (Physical Injury)

AFTER BEING TRANSPORTED TO THE 47th PCT I WAS HANDCUFFED ROUGHLY MULTIPLE TIME WHILE BEING ESCORTED TO AND FROM THE DECTECTIVES OFFICE. LASTLY MY 4th & 5th AMENMENTS WERE CONTINUED TO BE VIOLATED WHEN THE OFFICER MENTIONED TOOK MY CELLPHONE BROKE INTO IT AND IS CONTINUEING TO SEARCH MY EMAILS, PICTURES, SOCAL MEDIA, PHONE LOGS ETC. NO WARRENT WAS ISSUED.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

SHARP PAINS IN MY BACK, LACK OF MOBILITY IN MY RIGHT SHOULDER AS WELL AS LEFT ELBOW. I'VE REQUESTED MRI, AS WELL AS X-RAYS. IM AWAITING ON THE APPOINTMENT.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I REQUEST THE OFFICER BE INVESTIGATED DUE TO OFFICAL MISCONDUCT, ALSO PLACED ON MODIFIED DUTY UNTIL THE OUTCOME OF THE CASE IS CONCLUDED I ALSO AS FOR 4 MILLION DOLLAR COMPENSATION FOR MY PHYSICAL INJURY DUE TO THE FACT IM NO LONGER AN ASSET TO MY WORK COMPANY.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

8/4/18
Dated

Plaintiff's Signature

DARRYL
First Name

D
Middle Initial

WILLIAMS
Last Name

1 HALLECK ST
Prison Address

BRONX
County, City

NY
State

10474
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 8/4/18




WILLIAMS
02295

Pro Se

United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

RECEIVED
AUG 14 2018
CLERK'S OFFICE

RECEIVED
SDNY DOCKET UNIT
2018 AUG 15 AM 8:56